SHARON DOUGLASS MAYO - State Bar No. 150469
sharon.mayo@aporter.com
KRISTEN L. TERRANOVA - State Bar No. 246433
kristen.terranova@aporter.com
AMIE L. MEDLEY- State Bar No. 266586
amie.medley@aporter.com
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California  90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMI APRIL MUSIC INC., MUSIC SALES CORP., PERREN VIBES MUSIC, INC., UNIVERSAL-POLYGRAM INTERNATIONAL PUBLISHING, INC., JOBETE MUSIC CO., INC., PURE LOVE MUSIC, UH OH ENTERTAINMENT, INC., NEUTRAL GREY MUSIC, NAUGHTY MUSIC, WUT' SHAWN-A-DO MUSIC, INC., THAT'S PLUM SONG AND IT'S TEA TYME,<br><br>Plaintiffs,<br><br>v.<br><br>SOUTH BAY RESTAURANT GROUP, INC. AND GEORGE JOSEPH MOUSSALLI,<br><br>Defendants. | Case No. 10CV334 JST (AJWx)<br><br>**CONSENT JUDGMENT**<br><br>(17 U.S.C. §§ 101 *ET SEQ.)* |

1  WHEREAS, plaintiffs EMI April Music Inc., Music Sales Corp., Perren Vibes Music, Inc., Universal-Polygram International Publishing, Inc., Jobete Music Co., Inc., Pure Love Music, Uh Oh Entertainment, Inc., Neutral Grey Music, Naughty Music, Wut' Shawn-A-Do Music, Inc., That's Plum Song and It's Tea Tyme ("Plaintiffs") are Plaintiffs' in the Complaint filed in this action and members of the American Society of Composers, Authors and Publishers ("ASCAP"); and

WHEREAS, defendant South Bay Restaurant Group, Inc. owns and operates a restaurant business for public entertainment, accommodation, amusement, and refreshment known as Samba Brazilian Steakhouse, located at 207 North Harbor Drive in Redondo Beach in the State of California; and

WHEREAS, the Parties have agreed on terms to settle Plaintiffs' claims under 17 U.S.C. § 106(4) as set forth in the Complaint filed in this action, without any adjudication of said claims and without any admission of liability by any Defendant, pursuant to which Plaintiffs are entitled to entry of a money judgment against Defendant South Bay Restaurant Group, Inc., as set forth below:

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. (a) Upon the stipulated request of the parties, a money judgment is entered for Plaintiffs and against Defendant South Bay Restaurant Group, Inc. on the claims set forth in Plaintiffs' Complaint in the amount of Twenty-Five Thousand Dollars ($25,000.00) (the "Consent Judgment Amount"). Notwithstanding the foregoing, the parties have agreed that this Judgment may be satisfied upon Defendant South Bay Restaurant Group, Inc.'s payment of the sum of Twenty-Two Thousand Five Hundred Dollars ($22,500.00) (the "Settlement Amount") as provided in Paragraph 2 below.

(b) The amount provided for in this Consent Judgment shall be in full settlement of all claims against Defendant South Bay Restaurant Group, Inc. and its successors, shareholders, partners, officers, directors, predecessors, assigns, joint

1  venturers, agents, and employees at Samba Brazilian Steakhouse, arising out of the
2  events described in Plaintiffs' Complaint and all other claims for copyright infringement
3  arising out of unauthorized public performances of ASCAP's members' musical works
4  by Defendant South Bay Restaurant Group, Inc. and its successors, shareholders,
5  partners, officers, directors, predecessors, assigns, joint venturers, agents, and
6  employees at Samba Brazilian Steakhouse, during all periods up to and including the
7  date of entry of this Consent Judgment.

8     2. (a) Defendant South Bay Restaurant Group, Inc. shall pay the
9  Settlement Amount by an initial payment of Three Thousand Dollars ($3,000.00) to
10 be made on or before October 15, 2010, and six (6) subsequent installment payments
11 of Three Thousand Dollars ($3,000.00) to be made on the fifteenth day of every other
12 month beginning December 2010 and ending October 2011.  A final payment of One
13 Thousand Five Hundred Dollars ($1,500) shall be paid on or before December 15,
14 2011.

15     (b) Defendant South Bay Restaurant Group, Inc. shall make the
16 payments provided for above in the form of a certified, cashier's, bank, or corporate
17 business check drawn on a California bank, made payable to "ASCAP," and
18 delivered to Kristen L. Terranova, Esq., at Arnold & Porter LLP, 777 South Figueroa
19 Street, 44th Floor, Los Angeles, California 90017, or such other person as Plaintiffs'
20 attorneys shall designate to receive such payments.

21     3. In the event that Defendant South Bay Restaurant Group, Inc. fails to
22 make any of the payments provided for in paragraph 2(a), upon receipt by Defendant
23 South Bay Restaurant Group, Inc. of written notice from Plaintiffs or their
24 undersigned attorneys of any such delinquency, Defendant South Bay Restaurant
25 Group, Inc. shall have ten (10) calendar days in which to cure such delinquency.  If
26 the delinquency is not cured within such ten (10) day period, Defendant South Bay
27 Restaurant Group, Inc. shall be obligated to pay the full Consent Judgment Amount
28 of Twenty-Five Thousand Dollars ($25,000.00), less any payments previously made

to Plaintiffs pursuant to paragraph 2 above. Such balance shall be immediately due and payable, and a writ of execution therefor may issue forthwith and without any further notice to Defendant South Bay Restaurant Group, Inc.

5. Defendant George Joseph Moussalli shall be dismissed from this action without prejudice at the same time this Consent Judgment is entered.

6. In the event that Defendant South Bay Restaurant Group, Inc. fails to make full payment of the Settlement Amount, Plaintiffs reserve their rights to assert any applicable claims and to seek any appropriate relief against Defendant George Joseph Moussalli, and/or to proceed against Defendant South Bay Restaurant Group, Inc. under this Consent Judgment.

7. In the event that Plaintiffs seek relief pursuant to this Consent Judgment, Plaintiffs shall be entitled to all such writs and process as is necessary or proper for the enforcement of this Consent Judgment as to South Bay Restaurant Group, Inc.

8. Contemporaneously with the entry of this Consent Judgment, ASCAP, on behalf of Plaintiffs, shall offer to South Bay Restaurant Group, Inc., and South Bay Restaurant Group, Inc. shall accept and sign, an ASCAP General License Agreement for the Samba Brazilian Steakhouse or its designee authorizing the public performance of any or all of the copyrighted musical works in the ASCAP repertory, for the term commencing October 1, 2010. License fees for the period October 1, 2010 through September 30, 2012 pursuant to such ASCAP license agreement are included in the Settlement Amount provided for in this Consent Judgment, subject to adjustment in accordance with the terms of the license agreement.

9. Subject to the Court's continuing jurisdiction over Plaintiffs and Defendant South Bay Restaurant Group, Inc. for purposes of enforcement of this Consent Judgment, this action is dismissed.

10. Unless Plaintiffs apply to this Court for further relief on or before March 31, 2012, said dismissal shall be with prejudice.

**ORDER**

**IT IS SO ORDERED.**

Dated: October 18, 2010

JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE

WEST: 30692212v1